UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE C.L.,<br>   Plaintiff<br><br>vs.<br><br>NEW PRIME, INC. d/b/a PRIME, INC.,<br>   Defendant | Case No. 1:23-cv-12009 |

## PLAINTIFF'S MOTION TO FILE UNDER PSEUDONYM

 Pursuant to Federal Rule of Civil Procedure, 26(c), Plaintiff, by her attorneys, respectfully moves the Court to allow her to proceed in this matter under a pseudonym for the purpose of protecting her privacy interests and identity from public disclosure. District courts have discretion to permit parties to litigate anonymously, and regularly do so. *Doe v. Bell Atlantic Bus. Sys. Servs., Inc.*, 162 F.R.D. 418, 420 (D. Mass. 1995). "The ultimate test for permitting a plaintiff to proceed anonymously is whether the plaintiff has a substantial privacy right which outweighs the 'customary and constitutionally-embedded presumption of openness in judicial proceedings." *Id. (quoting Doe v. Univ. of Rhode Island*, No. 93-0560B, 1993 WL 667341, at *2 (D.R.I. Dec. 28, 1993)).

 Sexual harassment and abuse within the trucking industry is a national epidemic, particularly related to the Defendant. *See* https://www.eeoc.gov/newsroom/eeoc-sues-prime-inc-sexual-harassment. A Federal Motor Carrier Safety Administration survey released in 2022 found that sexual harassment is significantly underreported. Yet, women and men throughout the country have been, and will continue to be, sexually harassed and assaulted as a result of retaliation and lack of safe

1

places to report harm or seek help.

Plaintiff was sexually harassed and assaulted by her trucking trainer in a location under the care and control of New Prime, Inc. by Edwin Reyes, an employee and/or agent of Defendant. Plaintiff is informed and believes that Reyes had a prior history of sexual misconduct with women trainees, yet New Prime, Inc. did nothing to deter this misconduct or protect the Plaintiff. Plaintiff suffered significant emotional damages as a result of the harassment and assault and continues to feel embarrassment and shame over what happened to her.

Plaintiff faces real and serious risks if her identity is exposed. Plaintiff's fears are consistent with experiences of drivers working for New Prime around the country, especially surrounding issues involving sexual harassment. *See e.g. EEOC v. New Prime, Inc.*, No. 6:18-03177-CV-RK 2020 U.S.Dist. LEXIS 17811 (W.D. Mo. February 4, 2020). Due to the frequency of sexual harassment and abuse, fears of industry retaliation and targeting are endemic among women truck drivers in the industry.

Courts have often recognized workers' reasonable fears of private matters being exposed and industry retaliation, like Plaintiff's fears, as a factor cutting sharply in favor of allowing anonymity in some form during a proceeding. *See, e.g., Jane Roes 1-2 v. SFBSC Mgmt., LLC*, 77 F. Supp. 3d 990, 995 (N.D. Cal. 2015) (exotic dancers granted anonymity based on concerns about retaliation harming future career prospects); *Gomez v. Buckeye Sugars*, 60 F.R.D. 106, 107 (N.D. Ohio 1973) (migrant farmworkers granted anonymity at initial stage of proceeding, noting that such anonymity provided a "higher degree of security" at "eliminating reprisal" than that afforded by the antiretaliation provision of the Fair Labor Standards Act).

Plaintiff bravely comes forward to seek redress for the substantial harm and injuries she has

suffered as a result of Defendant's misconduct. To protect her privacy and safeguard her future, Plaintiff seeks to proceed with this litigation under the pseudonym Jane Doe C.L. Plaintiff has previously disclosed her full legal name to defense counsel through an EEOC complaint and the EEOC's subsequent notice of right to sue; therefore, Defendant will not be prejudiced if Plaintiff is permitted to conceal her identity from the public. For the reasons discussed above, Plaintiff respectfully requests that the Court grants this motion to proceed under pseudonym and enter the attached Proposed Order.

Dated: August 30, 2023

**Respectfully submitted,**

**PLAINTIFF,**
**By her Attorneys,**

_____
Kimberly A. Dougherty, Esq.
MA BBO# 658014
Kelly Guagenty, Esq.
MA BBO# 658872
JUSTICE LAW COLLABORATIVE, LLC
210 Washington Street
North Easton, MA 02356
Ph: (508) 230-2700
kim@justicelc.com
kelly@justicelc.com

*Attorneys for Plaintiff*