UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE "C.L."<br><br>    PLAINTIFF,<br><br>V.<br><br>NEW PRIME, INC.  D/B/A PRIME, INC.<br><br>    DEFENDANT, | Case No. 1:23-cv-12009-MJJ |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe C.L. hereby gives notice that this action is voluntarily dismissed. Defendant New Prime, Inc. has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: November 10, 2023

                                                                    Respectfully submitted,

                                                                    PLAINTIFF,
                                                                    By her Attorneys,

                                                                    /s/ Kimberly Dougherty          .
                                                                    Kimberly A. Dougherty, Esq.
                                                                    MA BBO# 658014
                                                                    Kelly A. Guagenty, Esq,
                                                                    MA BBO# 658872
                                                                    Justice Law Collaborative, LLC
                                                                    210 Washington Street
                                                                    North Easton, MA 02356
                                                                    (508) 230-2700
                                                                    kim@justicelc.com
                                                                    kelly@justicelc.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE C.L.<br>　　Plaintiff<br><br>vs.<br><br>NEW PRIME, INC. d/b/a PRIME, INC.,<br>　　Defendant | Case No. 1:23-cv-12009-MJJ |

## CERTIFICATE OF SERVICE

I, Kimberly A. Dougherty, HEREBY CERTIFY that on this 10th day of November, 2023, this Notice of Voluntary Dismissal was served, via electronic delivery to Defendants' counsel at:

Steve Crawford, Esq.
New Prime, Inc.
2740 North Mayfair
Springfield, MO 65803
scrawford@primeinc.com

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kimberly A. Dougherty*
　　　　　　　　　　　　　　　　　　　　　　　　　Kimberly A. Dougherty, Esq.